United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Allan R. Shavis  
    Debtor

Case No. 24-00716-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 07, 2024      Form ID: ntcnfhrg      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allan R. Shavis, 205 Becca Lane, Stroudsburg, PA 18360-9450 |
| 5605303 | + | Confident, DigniFi/Bankruptcy, P.O Box 576, Bellevue, WA 98009-0576 |
| 5605305 | + | Deborah L. Shavis, 205 Becca Lane, Stroudsburg, PA 18360-9450 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5606326 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 07 2024 18:48:07 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5612428 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 07 2024 18:48:10 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5605301 | | Email/Text: ally@ebn.phinsolutions.com | May 07 2024 18:39:00 | Ally Financial, P.O. Box 380902, Bloomington, MN 55438-0902 |
| 5605302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 18:48:15 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5614689 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2024 18:48:05 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5605304 | | Email/PDF: creditonebknotifications@resurgent.com | May 07 2024 18:48:06 | Credit One Bank, Attn: Bankruptcy, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5605306 | + | Email/Text: accountresearch@goodleap.com | May 07 2024 18:39:00 | Goodleap LLC, Attn: Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 5606804 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2024 18:48:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5605307 | + | Email/Text: bankruptcy@marinerfinance.com | May 07 2024 18:39:00 | Mariner Finance, Attn: Bankrutpcy Department, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 5605578 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2024 18:39:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5605308 | | Email/PDF: ebnotices@pnmac.com | May 07 2024 18:48:12 | PennyMac Loan Services, LLC, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 5614460 | + | Email/PDF: ebnotices@pnmac.com | May 07 2024 18:48:07 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5607396 | | Email/Text: bankruptcy@bbandt.com | May 07 2024 18:39:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5605309 | + | Email/Text: bankruptcy@bbandt.com | May 07 2024 18:39:00 | Sheffield Financial Co, BB&T/Attn: Bankruptcy, PO Box 1847, Wilson, NC 27894-1847 |
| 5612058 | | Email/Text: bankruptcy@bbandt.com | May 07 2024 18:39:00 | Sheffield Financial, a division of Truist Bank, PO |

| Recip ID | | | |
|---|---|---|---|
| 5605310 | + | Email/Text: bknotice@upgrade.com May 07 2024 18:39:00 | Box 1847, Wilson, NC 27894-1847 Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leah M Stump | on behalf of Debtor 1 Allan R. Shavis lstump@shepleylaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Allan R. Shavis,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−00716−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 11, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 18, 2024<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 7, 2024 |

ntcnfhrg (08/21)