**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ALLAN R. SHAVIS

              Debtor(s)              CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          CASE NO: 5-24-00716-MJC
           Movant
vs.
ALLAN R. SHAVIS

              Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on July 3, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on March 26, 2024.

2. A hearing was held and an Order was entered on June 18, 2024 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

           Respectfully submitted,

           /s/  Agatha R. McHale, Esquire
           Id:  47613
           Attorney for Movant
           Jack N. Zaharopoulos
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA  17036
           Phone:  717-566-6097
           email: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ALLAN R. SHAVIS

            Debtor(s)

                             CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
            Movant

                             CASE NO: 5-24-00716-MJC

    ALLAN R. SHAVIS

            Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court | Date:  July 25, 2024 |
| Max Rosenn U.S. Courthouse | |
| Courtroom #2 | Time:  10:00 AM |
| 197 S. Main Street | |
| Wilkes Barre, PA  18701 | |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date:  July 3, 2024              /s/  Agatha R. McHale, Esquire
                                   Id:  47613
                                   Attorney for Trustee
                                   Jack N. Zaharopoulos
                                   Standing Chapter 13 Trustee
                                   Suite A, 8125 Adams Dr.
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ALLAN R. SHAVIS

                                       CHAPTER 13

           Debtor(s)

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                   Movant                CASE NO: 5-24-00716-MJC

           vs.
           ALLAN R. SHAVIS

           Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 3, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
LEAH M. STUMP, ESQUIRE
HAROLD SHEPLEY AND ASSOCIATES
3115 NORTH FRONT STREET
HARRISBURG, PA  17110-1310

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by 1st Class Mail
ALLAN R. SHAVIS
205 BECCA LANE
STROUDSBURG, PA  18360

I certify under penalty of perjury that the foregoing is true and correct.

Date:  July 3, 2024                      /s/ Vickie Williams
                                            Office of Standing Chapter 13 Trustee
                                            Jack N. Zaharopoulos
                                            Suite A, 8125 Adams Dr.
                                            Hummelstown, PA   17036
                                            Phone:  (717) 566-6097
                                            email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ALLAN R. SHAVIS

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                CHAPTER 13
Movant

ALLAN R. SHAVIS

CASE NO: 5-24-00716-MJC

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.