# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Allan R. Shavis
    Debtors.

Chapter 13

Bankruptcy No.: 5:24-bk-00716-MJC

## CERTIFICATION OF SERVICE

    I, Leah M. Stump-Lesley, certify that under penalty of perjury that I served the following documents, Ordering Confirming Amended Chapter 13 Plan, on the parties listed below by either electronic notification or first-class mail postage prepaid:

| | |
|---|---|
| Date: August 9, 2024 | /s/ Leah M. Stump-Lesley, Esq.<br>Leah M. Stump-Lesley, Esq.<br>PA Bar ID No. 93211<br>Harold Shepley & Associates, LLC<br>3115 N. Front Street<br>Harrisburg, PA 17110<br>Phone: (717) 692-5533 |

[PARTIES SERVED]

Jack N. Zaharopoulos, Trustee (electronic)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee (electronic)
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street, Box 302
Harrisburg, PA 17102

| | |
|---|---|
| ALLAN R. SHAVIS<br>205 BECCA LANE<br>STROUDSBURG, PA 18360 | PENNYMAC LOAN SERVICES, LLC<br>P.O. BOX 2410<br>MOORPARK, CA 93020 |
| LEAH M. STUMP-LESLEY, ESQ.<br>HAROLD SHEPLEY & ASSOCIATES, LLC<br>209 WEST PATRIOT STREET<br>SOMERSET, PA 15501 | QUANTUM3 GROUP, LLC GOODLEAP<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 |
| ALLY FINANCIAL<br>P.O. BOX 380902<br>BLOOMINGTON, MN 55438-0902 | RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603 |
| ATTN: ALLY BANK DEPARTMENT<br>AIS PORTFOLIO SERVICES, LP<br>ACCOUNT: XXXXXXXX4992 4515 N SANTA<br>OKLAHOMA CITY, OK 73118 | SHEFFIELD FINANCIAL<br>BANKRUPTCY SECTION 10050-01-51<br>PO BOX 1847<br>WILSON, NC 27894 |
| CAPITAL ONE BY AMERICAN INFOSOURCE<br>4515 N SANTA FE AVENUE<br>OKLAHOMA CITY, OK 73118 | SHEFFIELD FINANCIAL CO<br>BB&T/ATTN: BANKRUPTCY<br>PO BOX 1847<br>WILSON, NC 27894 |
| CONFIDENT<br>DIGNIFI/BANKRUPTCY<br>P.O BOX 576<br>BELLEVUE, WA 98009 | UPGRADE, INC.<br>ATTN: BANKRUPTCY<br>275 BATTERY STREET 23RD FLOOR<br>SAN FRANCISCO, CA 94111 |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY<br>P.O. BOX 98873<br>LAS VEGAS, NV 89193-8873 | |
| DEBORAH L. SHAVIS<br>205 BECCA LANE<br>STROUDSBURG, PA 18360 | |
| KML LAW GROUP, P.C.<br>SUITE 5000, BNY INDEPENDENCE CENTER<br>701 MARKET STREET<br>PHILADELPHIA, PA 19106-1532 | |
| MARINER FINANCE<br>ATTN: BANKRUTPCY DEPARTMENT<br>8211 TOWN CENTER DR.<br>NOTTINGHAM, MD 21236 | |